THE J. A. MAHLSTEDT LUMBER AND COAL COMPANY, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Evidence as to damage in consequence of the loss of use of the truck was improperly admitted, because not pleaded as special damage. This error could not be cured by an amendment of the complaint after decision. (*Ward* v. *Bronson*, 126 App. Div. 508, 510.) The order of the City Court of New Rochelle is, therefore, reversed, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

THE J. A. MAHLSTEDT LUMBER AND COAL COMPANY, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and

order of the City Court of New Rochelle reversed and a new trial granted, with costs to abide the event, on the ground that evidence of loss of use of the truck was improperly admitted because not pleaded as special damage. (See *Gumb* v. *Twenty-third Street R. Co.*, 114 N. Y. 411, 414.) Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.